IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 18-1020-EFM |
| | ) |
| $66,000.00 IN UNITED STATES CURRENCY, more or less; | ) |
| | ) |
| Defendant. | ) |

## **ORDER UNSEALING CASE AND LIFTING STAY OF THE REQUIRED NOTICING**

WHEREAS, the government has filed an ex parte motion to unseal the case and complaint for forfeiture in rem (ECF No. 5) and

WHEREAS, the Court finds the request should be GRANTED;

IT IS HEREBY ORDERED that the case be unsealed and the stay of the required noticing be lifted in the above-captioned matter.

Dated November 29, 2018, at Kansas City, Kansas.

                                       s/ James P. O'Hara
                                       James P. O'Hara
                                       United States Magistrate Judge